# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>  Plaintiff,<br><br>  v.<br><br>RIVERWALK HOMEOWNERS ASSOCIATION, *et al.*,<br><br>  Defendants. | Case No. 2:17-cv-00020-APG-CWH<br><br>**ORDER GRANTING MOTION FOR SECURITY OF COSTS**<br><br>(ECF No. 11) |

IT IS ORDERED that defendant Eagle Investors' demand for security costs **(ECF No. 11) is GRANTED**.

IT IS FURTHER ORDERED that plaintiff Bank of New York Mellon shall post a $500.00 cost bond with the Court on or before March 31, 2017.

DATED this 1st day of March, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE